UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Index No.: 24-CV-07528
GIVI LOMIA and BEKA BRACHULI,

                                           Plaintiffs, **NOTICE OF APPEARANCE**

    -against-

REHEMILS S. ESTRELLA DE LA CRUZ, SEABISCUIT
REEFER LLC,

                                     Defendants.
------------------------------------------------------------------------X

      The undersigned has been retained by the Plaintiffs, GIVI LOMIA and BEKA BRACHULI, and hereby appear on behalf of these Plaintiffs and demands that all pleadings and proceedings had herein be provided to the undersigned.

DATED:    Forest Hills, New York
               October 31, 2024            Yours etc.,

                                                    _____
                                                    **SHALOM LAW, PLLC**
                                                    *Attorney for Plaintiffs*
                                                   **GIVI LOMIA and**
                                                   **BEKA BRACHULI**
                                                   105-13 Metropolitan Avenue
                                                   Forest Hills, New York 11375
                                                   Tel. (718) 971-9474

TO:    **GALLO VITUCCI KLAR LLP**
        *Attorneys for Defendants*
        **REHEMILS S. ESTRELLA DE LA CRUZ**
        **and SEABISCUIT REEFER LLC**
        90 Broad Street, 12th Floor.
        New York, New York 10004
        (212) 683-7100